# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.4
### Eastern Division

Jada Marsh, et al.

                        Plaintiff,

v.                                                  Case No.: 1:19–cv–07606

                                                                    Honorable Edmond E. Chang

CSL Plasma Inc.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, April 4, 2022:

      MINUTE entry before the Honorable Edmond E. Chang: On review of the status report, R. 105, the parties reached a settlement after a second session (with the incomparable Judge Wayne Andersen). By 04/29/2022, the Plaintiffs shall file a motion for preliminary approval or a detailed status report explaining the status. The tracking status hearing of 04/08/2022 is reset to 05/06/2022 at 8:30 a.m., but to track the case only (no appearance is required, the case will not be called). Emailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.