**UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
Eastern Division**

Jada Marsh, et al.
                         Plaintiff,

v.                                                   Case No.: 1:19−cv−07606
                                                   Honorable Edmond E. Chang

CSL Plasma Inc.
                         Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, December 8, 2022:

      MINUTE entry before the Honorable Edmond E. Chang: Video hearing held on the motion for final approval [125]. Counsel for the parties appeared by video. No one else appeared for the hearing. Counsel for the Plaintiffs reported that an additional 8 claimants had timely filed but their submission was missing nominal requirements. The Claims Administrator has now received the information and there is a final total of 25,194 claimants. As articulated on the record, Rule 23 requirements have been met. The joint motion for final approval of class settlement [125] is granted. Counsel for the Plaintiffs shall file a status report, by 05/22/2023, reporting on the number of uncashed checks or the amount of unreceived funds (if any) for any potential cy pres award. A tracking status hearing is set for 06/02/2023 at 8:30 a.m. to track the case only (no appearance is required, the case will not be called). Counsel for the parties shall email a draft proposed final approval order to the proposed order email account. Civil case terminated. Emailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.